**Brief Stricken and Order filed May 26, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-01046-CR
_____

**BILLY  WAYNE  ATWOOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13CR2466**

## ORDER

Appellant's brief discloses the name of a child victim of sexual assault under the age of 17. *See* Tex. Code Crim. Proc. art. 57.02(h); Tex. R. App. P. 9.10(b). Accordingly, the brief is **STRICKEN**. Appellant is ordered to file a brief that complies with Tex. Code Crim. Proc. art. 57.02 and Tex. R. App. P. 9.10 by **June 6, 2016**.

PER CURIAM